DIN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 17-MJ-01127-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ANTONIO LITTLE, JR.,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on July 13, 2017 for (1) preliminary hearing on the Petition to Revoke Supervised Release; (2) identity hearing and (3) detention hearing . The court has taken judicial notice of the court's file. Defendant waived his right to a preliminary hearing, detention hearing and identity hearing.

    Under Federal Rule of Criminal Procedure 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, the defendant is not contesting detention.

    In making my findings of fact, I have taken judicial notice of the entire court file, and the proffers by the parties. The defendant has not sustained his burden under Rule 32.1. On the record before the court, I find that no condition or combination of conditions of release that will reasonably assure the appearance of the defendant and the safety of the community. Accordingly, I order the defendant detained without bond.

Done this 13th of July 2017.

BY THE COURT

S/ Michael J. Watanabe
_____
Michael J. Watanabe
U.S. Magistrate Judge